IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-151 |
| | ) |
| CHARLES TALBERT COLLIER | ) |
| SHAWN B. LANGFORD | |

O R D E R

AND NOW, to wit, this 30th day of ~~November~~ Oct, 2009, the Court having considered the motion of the government to destroy certain firearms, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Federal Bureau of Investigation shall forthwith destroy the following weapon:

(a) A Colt Combat Commander, .45 caliber, semi-automatic pistol, serial number 70SC33602.

_____
UNITED STATES DISTRICT JUDGE

cc: United States Attorney